UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re: Chad R. Faust  Case No. 18-51819-TJT
  Chapter 13
  Judge Thomas J. Tucker

                Debtor(s)
_____/

**ORDER NUNC PRO TUNC ALLOWING DEBTOR, CHAD R. FAUST, TO ENTER INTO A PERMANENT MORTGAGE LOAN MODIFICATION WITH CREDITOR, HOME POINT CORPORATION FINANCIAL AND PERMITTING THE TRUSTEE TO PAY THREE TRIAL MORTGAGE MODIFICATION PAYMENTS.**

      This case is before the Court on the Motion of Debtor, Chad R. Faust ("Debtor") for entry of an Order Nunc Pro Tunc Allowing Debtor TO ENTER INTO A PERMANENT MORTGAGE LOAN MODIFICATION WITH CREDITOR, HOME POINT FINANCIAL CORPORATION AND PERMITTING THE TRUSTEE TO PAY MORTGAGE MODIFICATION PAYMENTS and this Court, having reviewed the Motion and proposed Order, and being otherwise fully advised in the premises,

      IT IS ORDERED as follows:

1. Debtor is authorized to enter into the Permanent Loan Modification with Creditor, as follows:

   a. Effective April 28, 2019, Debtor's ongoing Class 4.3 mortgage payment shall be $1,144.51 per month, including Principal and Interest for property insurance and property taxes. The payment amount shall be subject to future adjustments for changes in insurance and taxes as provided for in the mortgage and consistent with the requirements of applicable Federal and State Law.

2. Beginning with the first permanent modification payment due no later than April 28, 2019, payments pursuant to the Permanent Loan Modification approved in this Order shall continue to be made be made by the Trustee, prior to the confirmation of the Debtor's plan, addressed to Home Point Financial, 11511 Luna Rd., Suite 200, Farmers Branch, TX 75224 . The Loan Modification authorized by this Order is a "Permanent" modification and is not subject to further review. Any further modification of the Loan shall be subject to separate Order of Court.

3. Subject to a plan in this case being confirmed, the Trustee shall continue to make monthly payments in the amounts of $1,144.51 per month, including Principal and Interest for property taxes. The Trustee shall make reasonable efforts to make payments such that the payments will be received by Creditor, not later than 20 days after the month for which the payment is due.

4. Except as modified in this Order, the terms and conditions of the Loan and Mortgage documents between Debtor and Creditor shall remain in full force and effect.

5. The treatment of the claim of Creditor in Debtor's Chapter 13 Plan as confirmed (and as previously modified, if at all) is modified as necessary to comply with the provisions of this Order, including but not limited to, the reduction in Creditor's Class 4.1/4.3 mortgage payment and suspension of disbursements on Creditor's Class 4 pre-petition arrearage claim.

IT IS FURTHER ORDERED that except as expressly modified herein, Debtor's Plan as confirmed (and as previously modified, if at all) shall remain in full force and effect.

**Signed on May 10, 2019**



/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge